[No. 12749-7-I.   Division One.   June 13, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMIE
TENNEY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-8-02480-7, Gary M. Little, J., entered February 10, 1983. *Affirmed* by unpublished per curiam opinion.

[No. 10538-8-I.   Division One.   June 13, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
JAMES GRANT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81-1-00395-4, Liem E. Tuai, J., entered July
16, 1981. *Affirmed in part* and *vacated in part* by unpublished opinion per Williams, J., concurred in by Ringold
and Scholfield, JJ.

[No. 10180-3-I.   Division One.   June 13, 1983.]

NETTIE JORDAN, *Appellant,* v. JOHN H. SCHROEDER,
*as Personal Representative,* ET AL,
*Respondents.*

Appeal from judgments of the Superior Court for King
County, No. 820679, David C. Hunter, J., entered April 20
and March 27, 1981, and December 31, 1980. *Reversed* and
*remanded* by unpublished opinion per Swanson, J., concurred in by Durham, A.C.J., and Scholfield, J.